**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward E. Rundell                    Michael John O'Shee
Gold, Weems, Bruser, et al          Gold, Weems, Bruser
P. O. Box 6118                       P. O. Box 6118
Alexandria LA 71301                  Alexandria LA 71307

**REHEARING ACTION: April 23, 2008**

**Docket Number: 07   01096-CA**

**IESI LA CORPORATION**
**VERSUS**
**LASALLE PARISH POLICE JURY, ET AL.**

**Appealed from LaSalle Parish Case No. 34,314**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **IESI La Corporation** has this day been

    **DENIED.**

cc: Hon. James Patrick Lemoine, Counsel for the Appellee
    Bonita K. Preuett-Armour, Counsel for the Appellee
    Walter Evans Dorroh  Jr., Counsel for the Appellee
    Gregory Lynn Jones, Counsel for the Appellee
    Donald Wilson, Counsel for the Appellee
    Albin Alexandre Provosty, Counsel for the Appellant
    Michael Lee DuBos, Counsel for the Appellant
    Rick L. Farrar, Counsel for the Appellant